AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| H.D. and S.D. | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 4:25-cv-00042-YGR |
| Meta Platforms, Inc., et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SEE ATTACHMENT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Laura Marquez-Garrett
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Mark B. Busby*

Date: January 6, 2025

*Signature of Clerk or Deputy Clerk*

**ATTACHMENT TO SUMMONS**
H.D. and S.D., vs. Meta Platforms, Inc. et al.

Meta Platforms, Inc., f.k.a. Facebook, Inc.
Instagram, LLC
Facebook Operations, LLC
Snap, Inc.
TikTok, Inc.
ByteDance Inc.
c/o Corporate Services Company
2710 Gateway Oaks Dr., Suite #150N
Sacramento CA 95833

Facebook Payments, Inc.
1601 Willow Road
Menlo Park, CA 94025

Siculus, Inc.
c/o Corporate Services Company
505 5th Ave Ste 729
Des Moines, IA 50309

ByteDance, Ltd
TikTok, Ltd.
c/o Vistra (Cayman) Limited
Grand Pavilion, Hibiscus Way
George Town, Grand Cayman KY1-1205

TikTok, LLC.
c/o Corporate Services Company
251 Little Falls Drive
Wilmington, DE 19808